**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **IMMIGRATION & CUSTOMS ENFORCEMENT** | **CASE NO. 1:22-CV-05281** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MOUHAMADOU MBAYE** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**EMERGENCY ORDER**

Considering the foregoing Petition for Emergency Court Order to Permit Involuntary Hydration, Nutrition, Blood Draws, Monitoring of Vital Signs, Weigh-Ins, and Routine Medical Examinations [Doc. No. 1] filed by Plaintiff,

**IT IS HEREBY ORDERED** that Immigration and Customs Enforcement ("ICE") and the Public Health Service, Division of Immigration Health Services Corps., through competent medical authority, is authorized to provide involuntary hydration and nutrition through the use of nasal gastric tubes for MOUHAMADOU MBAYE ("Defendant") and involuntary medical examinations of Defendant which would include blood draws, weigh-ins, and monitoring of vital signs.

**IT IS FURTHER ORDERED** that ICE, acting through competent medical authority, is authorized to restrain Respondent if he resists efforts to hydrate, administer nutrition, draw blood, be weighed, monitor vital signs, and submit to routine medical examinations.

MONROE, LOUISIANA this 20th day September 2022.

Terry A. Doughty
United States District Judge